## ATTACHMENT A2

### Person to be Searched

The "PERSON" to be searched is MECIAH A. MAHON. The search of the person includes any phones, computers, electronic devices, and storage media, bags, or containers in his possession.



